IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| Plaintiff(s) | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |

## **REPORT OF NEUTRAL**

A _____ session was held in the above captioned matter on _____.

The case (please check one):
    \_\_\_\_\_ has resolved
    \_\_\_\_\_ has resolved in part (see below)
    \_\_\_\_\_ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within \_\_\_\_\_ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____

_____

_____

Dated: _____        _____*Carole Katz*_____
                                  Signature of Neutral

Rev. 09/11